# Ademi LLP
### Attorneys at Law
### Milwaukee | Madison

Guri Ademi
Shpetim Ademi
John D. Blythin
Mark A. Eldridge
Jesse Fruchter
Ben J. Slatky

3620 East Layton Avenue
Cudahy, Wisconsin 53110

Telephone: (414) 482-8000
Facsimile: (414) 482-8001

**June 2, 2022**

*Via Electronic Filing System*

Hon. J.P. Stadtmueller
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

    Re:    *Dec v. Enhanced Recovery Company LLC*
                 Case No. 22-cv-00176-JPS

Dear Judge Stadtmueller:

    All parties in this action have reached a resolution of this action in principle. The parties are in the process of drafting and exchanging documents. The parties expect that a stipulation or unopposed motion of voluntary dismissal will be submitted to the Court within 45 days.

    As such, Plaintiff respectfully requests that the Court not take any further action on this case, until a stipulation or unopposed motion of dismissal with prejudice is filed.

                 Very truly yours,
                 ADEMI LLP

                 *Electronically signed by Mark A. Eldridge*
                 Mark A. Eldridge

CC (via ECF): Scott S. Gallagher, attorney for Defendant